No. 86–1946.   DeCintio et al. *v.* Westchester County Medical Center et al.   C. A. 2d Cir.   Certiorari denied.

No. 86–1947.   Quality Aluminum Products, Inc. *v.* National Labor Relations Board.   C. A. 6th Cir.   Certiorari denied.

No. 86–1949.   Martin *v.* United States.   C. A. 1st Cir.   Certiorari denied.

No. 86–1950.   Ader *v.* United States.   C. A. 4th Cir.   Certiorari denied.

No. 86–1951.   Cooper et al. *v.* Arizona Western College District Governing Board et al.   C. A. 9th Cir.   Certiorari denied.

No. 86–1952.   Ricatto et al. *v.* Brock, Secretary of Labor.   C. A. 2d Cir.   Certiorari denied.

No. 86–1953.   Hill *v.* United States.   Ct. Mil. App.   Certiorari denied.

No. 86–1954.   Marble *v.* United States.   Ct. Mil. App.   Certiorari denied.

No. 86–1955.   Cox *v.* United States.   Ct. Mil. App.   Certiorari denied.

No. 86–1956.   Nicely *v.* United States Steel Corp. et al.   C. A. 3d Cir.   Certiorari denied.

No. 86–1957.   Montgomery Publishing Co. *v.* Gant.   Sup. Ct. Pa.   Certiorari denied.

No. 86–1958.   Maine Central Railroad Co. et al. *v.* Brotherhood of Maintenance of Way Employes.   C. A. 1st Cir.   Certiorari denied.

No. 86–1959.   Hardie *v.* Hardie.   Super. Ct. Alaska, 3d Jud. Dist.   Certiorari denied.

No. 86–1960.   Brooks *v.* Illinois.   Sup. Ct. Ill.   Certiorari denied.